■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLYDE TAYLOR, Appellant. [854 NYS2d 901]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Kron, J.), rendered February 7, 2007, convicting him of criminal possession of a controlled substance in the third degree and assault in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Rivera, J.P., Lifson, Miller, Carni and Eng, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK THOMAS, Appellant. [854 NYS2d 901]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 14, 1995 (*People v Thomas,* 218 AD2d 718 [1995]), affirming a judgment of the Supreme Court, Kings County, rendered January 7, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CAROLYN WARMUS, Appellant. [854 NYS2d 900]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 18, 2006 (*see People v Warmus,* 31 AD3d 676 [2006]), affirming a judgment of the County Court, Westchester County, rendered June 26, 1992.

Ordered that the application is denied.

The appellant has failed to establish that she was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Rivera, Fisher and Florio, JJ., concur.